527 A.2d 1006

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Charles C. GENTILE, Respondent.**

**No. 584 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

June 30, 1987.

## ORDER

AND NOW, this 30th day of June, 1987, upon consideration of the Report and Recommendation of the Disciplinary Board dated April 29, 1987, it is hereby

ORDERED that Charles C. Gentile be and he is suspended from the Bar of this Commonwealth for a period of six (6) months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.